UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HILL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NIKON, INC.,<br><br>        Defendant. | Case No. 3:14-cv-00764-VC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AS MODIFIED** |

Pursuant to the parties' Stipulation for Extension of Deadlines, **IT IS HEREBY ORDERED:**

1. The deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 27) are **AMENDED** as follows:

    a. **6/23/2014**: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

    b. **6/23/2014**: Last day to file ADR Certification signed by Parties and Counsel;

    c. **6/23/2014**: Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

    d. **7/7/2014**: Last day to file Rule 26(f) Report, Complete initial disclosures or state objection in Rule 26(f) Report.

1    2. ~~All other terms of the Order Setting Initial Case Management Conference and ADR~~
2    ~~Deadlines (Doc. No. 27) remain in full force and effect.~~
3    3. Additionally, **6/25/2014** shall be the last day for Defendant Nikon Inc. to respond
4    to complaint.
5    4. The matter is set for a Case Management Conference for July 25, 2014, at 10:30
6    a.m. The parties are ordered to file an updated joint case management statement no
7    later than July 18, 2014.

Date: <u>May 27, 2014</u>

_____
Hon. Vince Chhabria
United States Magistrate Judge

2

[PROP] ORDER TO EXTEND DEADLINES
Case No. 3:14-cv-00764-VC

sd-642153