UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKON, INC.,<br><br>Defendant. | Case No. 3:14-cv-00764-VC<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER TO EXTEND DEADLINES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLNES AS MODIFIED** |

Pursuant to the parties' Stipulation for Extension of Deadlines, **IT IS HEREBY ORDERED:**

1. The deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 33) are **AMENDED** as follows:

   a. **8/4/2014**: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

   b. **8/4/2014**: Last day to file ADR Certification signed by Parties and Counsel;

   c. **8/4/2014**: Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

   d. **8/4/2014**: Last day to file Rule 26(f) Report, Complete initial disclosures or state objection in Rule 26(f) Report.

2. Additionally, **8/4/2014** shall be the last day for Defendant Nikon Inc. to respond to complaint.

3. The Case Management Conference is rescheduled to August 19, 2014 at 10:00 a.m. The parties are ordered to file a joint case management statement no later than August 12, 2014.

Date: July 9, 2014

Hon. Vince Chhabria
United States District Court Judge