1 | DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pswlaw.com
2 | **PEARSON, SIMON & WARSHAW, LLP**
    15165 Ventura Boulevard, Suite 400
3 | Sherman Oaks, California 91403
    Telephone: (818) 788-8300
4 | Facsimile:  (818) 788-8104

5 | JAMES J. PIZZIRUSSO *(pro hac vice)*
    jpizzirusso@hausfeldllp.com
6 | **HAUSFELD, LLP**
    1700 K Street NW
7 | Washington, DC 20006
    Telephone: (202) 540-7200
8 | Facsimile: (202) 540-7201

9 | BRIAN C. GUDMUNDSON *(pro hac vice)*
    brian.gudmundson@zimmreed.com
10 | BEHDAD C. SADEGHI *(pro hac vice)*
    behdad.sadeghi@zimmreed.com
11 | **ZIMMERMAN REED, PLLP**
    1100 IDS Center, 80 South Eight Street
12 | Minneapolis, MN 55402
    Telephone:  (612) 341-0400
13 | Facsimile:   (612) 341-0844

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NIKON INC.,<br><br>Defendant. | CASE NO. 3:14-CV-00764-VC<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Vince Chhabria<br>Courtroom: 4 (17th Floor) |

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Howard Hill voluntarily dismisses with prejudice the above-entitled action against Defendant.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: July 17, 2014      **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/ Daniel L. Warshaw*
        DANIEL L. WARSHAW

**HAUSFELD, LLP**
James J. Pizzirusso
jpizzirusso@hausfeldllp.com
1700 K Street NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

**ZIMMERMAN REED, PLLP**
Brian C. Gudmundson
brian.gudmundson@zimmreed.com
Behdad C. Sadeghi
behdad.sadeghi@zimmreed.com
1100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Attorneys for Plaintiff Howard Hill